[No. 897-1.    Division One—Panel 1.    December 6, 1971.]

ADA F. HOWARD, *Appellant*, v. CATHERINE A. HERRON, *Respondent*.

Appeal from a judgment of the Superior Court for King

County, No. 715637, Frank Howard, J., entered October 30, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.